ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Securityhunter, Inc. | ) ASBCA No. 61327 |
| | ) |
| Under Contract No. N39430-13-D-1265 | ) |

APPEARANCES FOR THE APPELLANT: James Y. Boland, Esq.
  Venable LLP
  Tysons Corner, VA

  Michael T. Francel, Esq.
  Dismas N. Locaria, Esq.
  Venable LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
  David M. Marquez, Esq.
  Susannah M. Mitchell, Esq.
  Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  June 2, 2021

_____
HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61327, Appeal of Securityhunter, Inc., rendered in conformance with the Board's Charter.

Dated:  June 3, 2021

_____
PAULA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals